### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

**EDWARD FERRARO and**              **:**
**TAMMIE FERRARO,**

                                  **:**

    **Plaintiffs**              **:**      **CIVIL ACTION NO. 3:11-1766**

    **v.**              **:**

                                    **:**      **(JUDGE MANNION)**

**UNITED STATES OF AMERICA,**

                                  **:**

    **Defendant**

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** plaintiff's motion for summary judgment, (Doc. 36), is **DENIED**. A trial on liability and damages shall proceed as scheduled on October 27, 2014.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 29, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1766-01-order.wpd